NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BLOOMINGDALE TRAILS                    )
HOMEOWNERS' ASSOCIATION, INC.,         )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D18-2547
                                       )
BANK OF NEW YORK MELLON, f/k/a         )
BANK OF NEW YORK, as Trustee for       )
the Certificate Holders CWABS, Inc.    )
Asset-Backed Notes, Series 2006-SD1,   )
                                       )
          Appellee.                    )
_____)

Opinion filed May 10, 2019.

Appeal from the Circuit Court for
Hillsborough County; Sandra Taylor,
Associate Senior Judge.

Leslie M. Conklin, Clearwater, for Appellant.

Dariel Abrahamy of Greenspoon
Marder LLP, Boca Raton, for Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and CASANUEVA and BADALAMENTI, JJ., Concur.